UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Wendy Turner

                          Plaintiff,

v.                                                                               Case No.: 1:11–cv–04430
                                                                              Honorable James B. Zagel

Rosenthal, Stein and Associates, LLC., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 22, 2012:

      MINUTE entry before Honorable James B. Zagel:Motion to dismiss [11] is granted. Pursuant to settlement, this case is dismissed without prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within ninety (90) days from the date of entry of this order. If this case has not been reinstated within ninety (90) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal without prejudice to a dismissal with prejudice. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.